1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LISA WIETFELT,

Plaintiff,

v.

COMDATA *et al.*,

Defendants.

Case No.:  21-CV-1684-CAB(WVG)

**ORDER DENYING EX PARTE APPLICATION EXCUSING PLAINTIFF FROM PERSONAL ATTENDANCE AT MANDATORY SETTLEMENT CONFERENCE**

On July 6, 2022, Plaintiff Lisa Weitfelt ("Plaintiff") lodged directly to Judge Gallo's chambers an Ex Parte Application For Health Reasons Excusing Plaintiff From Personal Attendance At Mandatory Settlement Conference ("Ex Parte"). The Ex Parte requested permission for Plaintiff to appear telephonically at the July 14, 2022 Mandatory Settlement Conference due to Plaintiff's "extreme pain in her left leg which prevents travel." (Ex Parte at 2.) For the following reasons, Plaintiff's Ex Parte is DENIED without prejudice.

Plaintiff's Ex Parte violates Civil Chamber Rules VI and is noncompliant as: (1) Plaintiff did not first contact Judge Gallo's Research Attorney prior to lodging the Ex Parte; and (2) Plaintiff's Ex Parte lacks a declaration indicating reasonable and appropriate notice of the Ex Parte was given to opposing counsel. Plaintiff's Ex Parte is completely silent as to whether any advanced notice was given to opposing counsel. Additionally, the Court

finds Plaintiff's Ex Parte provides insufficient information as to the health condition preventing Plaintiff's personal appearance at the Mandatory Settlement Conference. Although the attached physician's note states Plaintiff is being treated for a L-5 nerve root impingement, neither the note nor Ex Parte provide any details related to timeline for Plaintiff's treatment, Plaintiff's prognosis, or when Plaintiff may be able to travel for in person appearances.

The Court finds good cause does not exist as there are deficiencies in Plaintiff's Ex Parte, noncompliance with Civil Chamber Rules VI, and insufficient information provided by the motion. Plaintiff's Ex Parte is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: July 8, 2022

Hon. William V. Gallo
United States Magistrate Judge

21-CV-1684-CAB(WVG)